# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MANUEL GONZALEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-275J |
| ) | Judge Gibson |
| PAROLE SUPERVISOR, ) | Magistrate Judge Bissoon |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

Jose Manuel Gonzalez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 was received by the Clerk of Court on October 19, 2007, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on September 19, 2008, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Gonzalez be dismissed as moot since he had been released from custody. The parties were allowed ten days from the date of service to file objections. Gonzalez, who had been released from custody since filing his petition, provided an inaccurate forwarding address. The Court mailed the report to the address provided by Gonzalez, but it was returned as being undeliverable. Objections were due on or before October 7, 2008, and none were filed.

After de novo review of the pleadings and documents in the

case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 21st day of October, 2008,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Jose Manuel Gonzalez is dismissed, and a certificate of appealability is denied.

The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 13), dated September 19, 2008, is adopted as the opinion of the court.

Kim R. Gibson
U.S. District Court Judge

cc:
JOSE MANUEL GONZALEZ
229 Walnut Way
Freeport, PA 16229